IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>             Plaintiff,<br><br>v.<br><br>SALEWA USA, LLC, dba SALEWA NORTH AMERICA, dba DYNAFIT,<br><br>             Defendant. | Case No. 3:21-cv-01290-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed jointly by the parties, dated February 16, 2022, (Doc. 11), Plaintiff Eric Foreman's claims against Defendant Salewa USA, LLC, dba Salewa North America, dba Dynafit, are **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:   February 17, 2022.

                                                                MARGARET M. ROBERTIE,
                                                                Clerk of Court

                                                                By:  s/ *Jackie Muckensturm*
                                                                         Deputy Clerk

**APPROVED:** s/ *Stephen P. McGlynn*
                    STEPHEN P. MCGLYNN
                    U.S. District Judge